UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GODFREY HOWELL,  )
　　　　　　　　　　　)
　　Plaintiff　　　　　　)
　　　　　　　　　　　)
　　　　　　　　　　　)  **JUDGMENT**
v.　　　　　　　　　　)
　　　　　　　　　　　)  No. 5:23-CV-105-RN
MARTIN O'MALLEY　　)
Commissioner of Social Security,  )
　　　　　　　　　　　)
　　Defendant.　　　　)

**Decision by Court.**

**This matter is before the Court in Plaintiff's Consent Motion for Attorney's Fees:**
Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $8,000.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte of Martin, Jones and Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Ste. 390, Charlotte, NC 28217, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

This Judgment Filed and Entered on January 17, 2024 with service on:
George Piemonte(via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)
Samantha Zeiler (via CM/ECF Notice of Electronic Filing)
Natasha McKay (via CM/ECF Notice of Electronic Filing)
Wanda Mason (via CM/ECF Notice of Electronic Filing)

　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　/s/ Carson Pendergrass
　　　　　　　　　　　　　　　　　(By): Carson Pendergrass, Deputy Clerk